THE STATE OF IOWA, Appellee, v. CHRIST WILLIE, Appellant.

Liquor Nuisance: NO ERROR ON FACE OF PAPERS.

*Appeal from Benton District Court.*—HON. JOHN R. CALDWELL, Judge.

FRIDAY, OCTOBER 6, 1893.

INDICTMENT for a liquor nuisance. Verdict of guilty, and judgment, from which the defendant appealed.

The cause was submitted by the attorney general on an abstract, without argument by either party.

BY THE COURT.—A motion for a new trial in the district court indicates some grounds of complaint of the proceedings. As to such matters, we have given the record a careful consideration, besides an examination of the record generally. In the absence of argument, we think it unnecessary to elaborate the points suggested by the motion for a new trial. The record is without error, and the judgment is AFFIRMED.